**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN E. BERKHEIMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Misc. C.A. No. _____ |
| v. | ) |
| | ) C.A. No. 12-9023-JZL |
| HEWLETT-PACKARD COMPANY, | ) (Northern District of Illinois) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING NON-PARTY OPEN TEXT CORPORATION'S MOTION: (1) TO QUASH SUBPOENAS FROM STEVEN E. BERKHEIMER AND (2) TO TRANSFER THE INSTANT MOTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

WHEREAS, the Court, having considered non-party Open Text Corporation's Motion: (1) to Quash Subpoenas from Steven E. Berkheimer and (2) to Transfer the Instant Motion to the United States District Court for the Northern District of Illinois (the "Motion"), and for good cause having been shown,

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2020, that non-party Open Text Corporation's Motion is GRANTED insofar as the Instant Motion is transferred to the United States District Court for the Northern District of Illinois.

_____
UNITED STATES DISTRICT JUDGE

6604021/50026